IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LAURENCE STEWART,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN LEROY KIRKEGARD, et al.,<br><br>Defendants. | CV 15-00084-H-DLC-JTJ<br><br><br><br>ORDER |

Plaintiff Laurence Stewart has filed a Request for Clarification (Doc. 26) and a Motion to Stay Initial Discovery until Objections are Decided Upon (Doc. 29). Mr. Stewart is seeking to stay all matters in this case until Judge Christensen rules on the December 12, 2016 Findings and Recommendations (Doc. 13).

The Court has issued a Scheduling Order and this matter will proceed with discovery as set forth in that Order. The Court will not stay the case until the ruling upon the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED THAT Mr. Stewart's Request for Clarification (Doc. 26) and Motion to Stay (Doc. 29) are DENIED. This matter will not be stayed pending ruling on the December 12, 2016 Findings and Recommendations. The parties shall have 21 days from the date of this Order to

1

comply with Paragraphs I(A) and I(B) of the Court's February 24, 2017 Scheduling Order (Doc. 23).

DATED this 7th day of April 2017.

                                          */s/ John Johnston*
                                          John Johnston
                                          United States Magistrate Judge