IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LAURENCE STEWART,<br><br>Plaintiff,<br><br>vs.<br><br>SAM JOVANOVICH,<br><br>Defendant. | CV 15-00084-H-DLC<br><br><br><br>ORDER |

In light of Mr. Stewart's incarceration status, the names of potential jurors shall not be made available to the parties until the final pretrial conference on April 15, 2019.

DATED this 10th day of April, 2019.

*[signature]*

Dana L. Christensen, Chief Judge
United States District Court