UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION



FILED
APR 15 2019
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| LAURENCE STEWART,<br><br>    Plaintiff,<br><br>vs.<br><br>SAM JOVANOVICH,<br><br>    Defendant. | CV-15-084-H-DLC<br><br>ORDER |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 15th day of April, 2019.

_____
Honorable Dana L. Christensen
Chief Judge United States District Court