FILED
4/23/2019
Clerk, U.S. District Court
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| LAURENCE STEWART,<br><br>                Plaintiff,<br><br>vs.<br><br>SAM JOVANOVICH,<br><br>                Defendant. | Case No. CV-15-084-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

        IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendant and against the Plaintiff.

        Dated this 23rd day of April, 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ H. Gauthier
                              H. Gauthier, Deputy Clerk